**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

CANDACE WASHINGTON                                          PLAINTIFF

V.                                          CAUSE NUMBER 3:24CV326 MPM-JMV

WARRIOR TRANSPORTATION & LOGISTICS, LLC.                    DEFENDANT


**<u>ORDER OF DISMISSAL</u>**

Pursuant to the Joint Stipulation of Dismissal [38], filed in this case, it is hereby

ORDERED that this case be dismissed with prejudice.

This the 13th day of April 2026.


      /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI